### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KATHLEEN F. CAHILL,          )<br>                                              )<br>              Plaintiff,     )<br>                                              )     Case No. 6:15-CV-01003-EFM-JPO<br>COFFEYVILLE REGIONAL    )<br>MEDICAL CENTER, INC.    )<br>                                              )<br>              Defendant.   )<br>_____ ) | |

### DESIGNATION OF EXPERT WITNESS

COMES NOW the Plaintiff, Kathleen F. Cahill, and designates Regina Levison as an expert who will testify on behalf of Plaintiff in this matter. A copy of Ms. Levison's expert report has been submitted to counsel for Defendant.

Respectfully submitted,

MORRIS, LAING, EVANS, BROCK, &
KENNEDY, CHARTERED

By: /s/ Diane S. Worth
Diane S. Worth, #12226
Ryan M. Peck, #21223
300 N. Mead, Suite 200
Wichita, KS 67202
Telephone: (316) 262-2671
Facsimile: (316) 262-6226
dworth@morrislaing.com
rpeck@morrislaing.com
*Attorneys for Plaintiff*